UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff )<br> )<br>v. )<br> )<br>ROBERT W. LUNNY and )<br>MARY R. LUNNY, )<br>            Defendants ) | CIVIL ACTION NO.<br>04-30247-KPN |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1) publish a copy of the attached NOTICE once in the Althol Daily News, a newspaper published in Athol, Massachusetts, there being no newspaper in the Town or Orange and the Athol Daily News having a general circulation in the Town of Orange, Massachusetts;

(2) mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendant at their last known address;

(3) record a certified copy of the attached NOTICE in the Franklin County Registry of Deeds.

Dated: 12/14/2004

_____
Clerk