UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>ROBERT W. LUNNY and<br>MARY R. LUNNY,<br>        Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 04-30247-KPN<br>)<br>)<br>)<br>) |

**NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE
IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS'
CIVIL RELIEF ACT OF 1940**

TO:    Robert W. Lunny
126 West River Street
Orange, MA 01364

Mary R. Lunny
126 West River Street
Orange, MA 01364

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 51 Briggs Street, Orange, Franklin County, Massachusetts, and at 126 West Street, Orange Franklin County, Massachusetts as follows. The mortgage was given to Robert W. and Mary R. Lunny to the Farmers Home Administration, is dated November 2, 1993, and is recorded in Book 2835 at Page 197 of the Franklin County Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 and object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: 12/14/2004

Clerk

By: Mary Finn
DEPUTY CLERK