UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff    )<br>        )<br>v.    )<br>        )<br>ROBERT W. LUNNY and    )<br>        )<br>MARY R. LUNNY,    )<br>        Defendants    ) | CIVIL ACTION NO. 04-30247-KPN |

**ORDER AUTHORIZING MORTGAGE FORECLOSURE**

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Robert W. and Mary R. Lunny to the United States, acting through the Farmers Home Administration, which is dated November 2, 1993 and recorded on November 2, 1993 in Book 2835 at Page 197 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.


Dated: _____
                                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff<br><br>      v.<br><br>Robert W. Lunny,<br>         and<br>Mary R. Lunny<br>             Defendants | CIVIL ACTION NO. 04-30247-KPN |

## AFFIDAVIT OF SERVICE OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in the Athol Daily News, a newspaper published in Athol, Massachusetts, on January 20, 2005, there being no newspaper published in the Town of Orange, and the Athol Daily News having a general circulation in the Town of Orange, Massachusetts.

(2) mailed by certified mail on January 20, 2005 a copy of the NOTICE to the defendants at the following address:

        Robert W. Lunny
        126 West River Street
        Orange, MA  01264

        Mary R. Lunny
        126 West River Street
        Orange, MA  01264

(3) recorded a certified copy of the NOTICE on April 11, 2005 in Book 4826, Page 66 of the Franklin County District Registry of Deeds.

_____
Jane A. Rice
Agriculture Specialist
Farm Service Agency

Sworn to and subscribed before me, a Notary Public, at Amherst, Massachusetts on April 11, 2005.

_____
Madeline L. Broadhurst
Notary Public

My commission expires November 3, 2006.

MADELINE L. BROADHURST
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 3, 2006