UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>ROBERT W. LUNNY and<br><br>MARY R. LUNNY,<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. 04-30247-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Robert W. and Mary R. Lunny to the United States, acting through the Farmers Home Administration, which is dated November 2, 1993 and recorded on November 2, 1993 in Book 2835 at Page 197 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: *April 15, 2005*                          */s/ Kenneth P. Neiman*
                                                 ─────────────────────────
                                                 UNITED STATES ~~DISTRICT~~ JUDGE
                                                          MAGISTRATE
                                                 KENNETH P. NEIMAN